**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Melissa Lorine Rowley and Martin Keith Rowley, Respondents,

v.

Frank J. Hodges and John Doe, Defendants,

of whom Frank J. Hodges is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2025-002028

———————

Appeal From Horry County
Melissa M. Frazier, Family Court Judge

———————

Unpublished Opinion No. 2026-UP-252
Submitted May 19, 2026 – Filed May 21, 2026

———————

**AFFIRMED**

———————

Nancy Carol Fennell, of Irmo, for Appellant.

Brana J. Williams, of Williams Law Firm, LLC, of Surfside Beach; and Megan Catherine Hunt Dell, of Dell Family Law, P.C., of Charleston, both for Respondents.

Laura Mitchum Moyer, of Maring & Moyer, LLC, of Georgetown, as the Guardian ad Litem.

———————

**PER CURIAM:**  Frank J. Hodges appeals the family court's final order terminating his parental rights to his minor child (Child) and granting Child's adoption.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and TURNER, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.